Paul A. Stewart (SBN 153,467)
paul.stewart@knobbe.com
Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Karen M. Cassidy (SBN 272,114)
Karen.cassidy@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Telephone:  949-760-0404
Facsimile:  949-760-9502

Attorneys for Plaintiffs
EDGE SYSTEMS LLC and
AXIA MEDSCIENCES, LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| EDGE SYSTEMS LLC, a California limited liability company, and AXIA MEDSCIENCES, LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> IMAGE MICRODERM INC., a Nevada corporation, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No.: 2:17-cv-8699 PSG (AGRx) <br><br> *Discovery Matter* <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL DEPOSITIONS, RESPONSES TO INTERROGATORIES, AND PRODUCTION OF DOCUMENTS** <br><br> Date:  May 28, 2019 <br> Time: 10:00 a.m. <br> Ctrm.: 550 <br><br> Discovery Cutoff: 6/5/2019 <br> Pretrial Conf. Date: 8/19/2019 <br> Trial Date: 9/3/2019 <br><br> Hon. Alicia G. Rosenberg |

PLEASE TAKE NOTICE that Plaintiffs Edge Systems LLC ("Edge") and Axia MedSciences, LLC ("Axia") (collectively, "Edge"), hereby move for an order to compel depositions, responses to interrogatories, and the production of responsive documents from Defendant Image MicroDerm Inc.  Subject to the Court's availability, the motion will be heard on Tuesday, May 28, 2019, at 10:00 a.m., in Courtroom 550, before the Honorable Alicia G. Rosenberg.  Edge is concurrently filing herewith an *Ex Parte* Application to expedite this schedule.

Pursuant to Local Rule 7-3, the parties conferred on March 15, 2019, but were unable to resolve the issues raised by this motion.

Edge bases the motion on this notice; the concurrently filed opening brief; the supporting declaration of Karen M. Cassidy and exhibits thereto; any subsequently filed briefs; the pleadings and papers filed in this action; and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise. Edge is also lodging a proposed order for the Court's consideration.

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 18, 2019          By:  /s/ *Karen M. Cassidy*
                                    Paul A. Stewart
                                    Ali S. Razai
                                    Karen M. Cassidy

                                    Attorneys for Plaintiffs
                                    EDGE SYSTEMS LLC and
                                    AXIA MEDSCIENCES, LLC

30348130

-1-